UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

GARRETT BERNARD TUPPER, JR.

                Debtor(s)
--------------------------------------------------------X
SIRS / MADAMS

*Return Date:  November 21, 2024*
*Time:  1:00pm*


Chapter 13
Case No.: 24-73979-845

**<u>NOTICE OF MOTION</u>**

       **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Louis A. Scarcella, United States Bankruptcy Judge on the 21st day of NOVEMBER, 2024 at 1pm, at the United States Bankruptcy Court located at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza – Courtroom 963,Central Islip, New York 11722, for an Order pursuant to 11 U.S.C. §§§§ 105(a), 349(a), & 1307(c), dismissing this case <u>with</u> <u>prejudice</u>, prohibiting the debtor(s) from filing another petition under Chapter 13 or converting a Chapter 7 to Chapter 13 for a period of one hundred eighty (180) days, and prior to the expiration of the bar period, without first obtaining the Court's permission to file such Chapter 13 petition, by reason of the repetitive filings by this Debtor(s), and for such other and further relief as this Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later than three (3) days prior to the return date of this motion.

Dated:  Islandia, New York
        October 23, 2024

Yours, etc.

MICHAEL J. MACCO
Chapter 13 Trustee
2950 Express Drive South, Suite 109
Islandia, New York 11749
(631) 549-7908

*To:    Office of the United States Trustee*
*       GARRETT BERNARD TUPPER, JR., Pro-Se Debtor(s)*
*       All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X          **tmm1634**
In re:

                                                                   Chapter 13
GARRETT BERNARD TUPPER, JR.                                        Case No.: 24-73979-845


                    Debtor(s)                                     **<u>APPLICATION</u>**
--------------------------------------------------------X
TO THE HONORABLE LOUIS A. SCARCELLA, UNITED STATES BANKRUPTCY JUDGE:

MICHAEL J. MACCO, Chapter 13 Trustee in the above captioned estate, respectfully represents as follows:

1. The debtor(s) filed a Chapter 13 petition under the provisions of 11 U.S.C., on, October 17, 2024 and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

2. Upon information and belief, this is the third petition for relief filed by the debtor(s), under Chapter 13, dating back to December 5, 2022.

3. The first petition was filed by the debtor(s) under case number 8-22-73436-845, on December 5, 2022. The debtors Chapter 13 case was dismissed upon application of the Trustee, for failure to provide and/or file documents, on March 9, 2023. The second petition was filed pro se by the debtor(s) under case number 8-23-72869-845, on August 7, 2023. The debtors Chapter 13 case was dismissed upon application of the Trustee, for failure to offer a feasible plan, on February 2, 2024.

4. Furthermore, as of this date the debtor(s) failed to provide the Trustee with all filings required under Section 521; and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1. As of this date the debtor(s) has failed to file and/or provide a Summary of Your Assets and Liabilities and Certain Statistical Information; all Schedules, Declaration About an Individual Debtor's Schedules; Statement of Financial Affairs for Individuals Filing for Bankruptcy; Chapter 13 Plan; Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period; and copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable.

5. The deadline to comply with 521 deficiency is forty-five (45) days after the filing date. In this case it is December 2, 2024.

6. This appears to be nothing more than another filing for the sole purpose of obtaining the rights and benefits of the Automatic Stay, as provided in 11 U.S.C. §362.

7. This is a material default and is prejudicial to the rights of the creditors of the debtor(s).

**WHEREFORE**, the Trustee requests an Order pursuant to the provisions of 11 U.S.C. §§§ 105(a), 349(a), & 1307(c), dismissing this case <u>with</u> <u>prejudice</u>, prohibiting the debtor(s) from filing another petition under Chapter 13 or converting a Chapter 7 to Chapter 13 for a period of period of one hundred eighty (180) days, and prior to the expiration of the bar period, without first obtaining the Court's permission to file such Chapter 13 petition, by reason of the repetitive filings by this Debtor(s), and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
      October 23, 2024

*/s/ Michael J. Macco*
Michael J. Macco, Chapter 13 Trustee
2950 Express Drive South, Suite 109
Islandia, New York 11749
(631) 549-7908

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------x        Case No: 24-73979-845

IN RE:

**CERTIFICATE OF SERVICE**
**BY MAIL AND ELECTRONIC**
**SERVICE**

GARRETT BERNARD TUPPER, JR.

                 Debtor.

----------------------------------------------------x

        This is to certify that I, Stephanie Turner, have this day served a true, accurate and correct copy of the within *Notice of Motion and Application,* by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Garrett Bernard Tupper, Jr.*
*537 Liberty Ave*
*Williston Park, NY 11596*
*Pro Se Debtor*(s)

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*Alfonse M. D'Amato U.S. Courthouse*
*USTPRegion02.LI.ECF@usdoj.gov*

This October 23, 2024

**/s/ Stephanie Turner**
Stephanie Turner, Paralegal
Office of the Standing Chapter 13 Trustee
Michael J. Macco, Esq.
2950 Express Drive South, Suite 109
Islandia, NY 11749
631-549-7908