Honorable Judge Scarcella
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Scarcella,

Subject: Request for Adjournment of Thursday Motion Hearing

I am writing to respectfully request a time of the adjournment of the Thursday February 27, 2025 hearing and request to attend telephonically.

Due to disability, I was not able to attend the hearing as scheduled. I understand the importance of this hearing and assure the court that I am making every effort to resolve my current situation promptly.

I kindly request the court's consideration for rescheduling the hearing to a later date that is convenient for all parties involved.

Thank you for your understanding and consideration in this matter.

Yours sincerely,


/s/Garrett B. Tupper Jr.

Garrett B. Tupper Jr.

(347) 612-6072

garrett@peoplepc.com